Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison, Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

*Attorneys for Plaintiffs and the Alleged Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SHORE FUNDING SOLUTIONS, INC.**, a New York corporation,<br><br>Defendants. | Case No. 22-cv-01746<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's individual claims will be dismissed with prejudice.

2. The Parties are presently working to finalize a settlement agreement and believe a Notice of Dismissal will be filed by August 1, 2022.

Respectfully submitted,

Dated: June 23, 2022               **A1 ON TRACK**, individually and on behalf of all others similarly situated,

By: */s/ Rebecca Davis*
     One of Plaintiffs' Attorneys

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205