UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHORE FUNDING SOLUTIONS, INC.,<br><br>Defendant. | Case No. 22-cv-01746-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 18, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 25, 2022, at 1:30 p.m. by Zoom Webinar** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: June 24, 2022

_____
Richard Seeborg
Chief United States District Judge