Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

*Attorneys for Plaintiff and the Alleged Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC.,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**SHORE FUNDING SOLUTIONS, INC.**, a New York corporation,<br><br>        Defendant. | Case No. 3:22-cv-01746-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff A1 On Track Sliding Door Repair and Installation, Inc. ("Plaintiff" or "A1") dismisses this lawsuit against Defendant Shore Funding Solutions, Inc. ("Defendant" or "Shore Funding") without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

> (ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant has neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, because no class has been certified in this matter, the exceptions specified in Rule 23 exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings without prejudice in accordance with Rule 41(a)(1)(A)(i). The claims of the unidentified putative class members, if any, are also dismissed without prejudice.

Respectfully submitted,

Dated: August 22, 2022

**A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC.**, individually and on behalf of all others similarly situated,

By: */s/ Rebecca Davis*
One of Plaintiff's Attorneys

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150

NOTICE OF DISMISSAL
-2-

Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's CM/ECF system.

/s/ *Rebecca Davis*